ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 DEC 29 PM 2:10
CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LORI DAVIS, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 114-157 **UNDER SEAL** |
| VCP SOUTH, LLC, a Georgia Limited Liability Company, MARY ANNE ROTH, individually and as Executrix of the Estate of Steven M. Roth, M.D., Deceased, and BELAIR MANAGEMENT SERVICES, LLC, a Georgia Limited Liability Company, | * * * * * * * * | |
| Defendants. | * | |

# O R D E R

Presently before the Court is Relator Lori Davis' Motion for Dismissal (doc. 9) and Motion for Temporary Extension of Seal (doc. 10). In light of the Government's decision not to intervene (doc. 8), Relator requests that the Court dismiss this action. The Government has consented in writing to such a dismissal (doc. 11). In addition, Relator seeks a temporary extension of the seal in this matter pending resolution of state court litigation in the Georgia Supreme Court and an inquiry into the alleged unauthorized transfer of e-mail accounts.

Based on the foregoing, Relator's Motion for Dismissal (doc. 9) is hereby **GRANTED**. The Clerk is directed to **TERMINATE** all motions and **CLOSE** this case. Moreover, Relator's Motion for Temporary Extension of Seal (doc. 10) is **GRANTED**. This matter shall remain **UNDER SEAL** for a period of **SIXTY (60) DAYS** or until the resolution of the state court litigation and e-mail inquiry, whichever concludes sooner.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of December, 2014.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA